## VERIFICATION

The undersigned Dijon Sharpe, being first duly sworn, deposes and says that he is the

Plaintiff in the foregoing matter, that he has read the foregoing Verified Complaint, and that the

facts alleged therein are true of his own knowledge, except as to the matters stated upon

information and belief, and as to those matters he believes them to be true.

This the __2 0__ day of _____September_____, 2019.

_____
Dijon Sharpe

STATE OF NORTH CAROLINA

COUNTY OF ____Pitt____

Sworn to and subscribed before me,

this the __2 0__ day of ____September____, 2019.

[SEAL]

_____
Notary Public

My Commission Expires: ____02|27|2024____

Christopher Smith
NOTARY PUBLIC
Wilson County, NC
My Commission Expires February 27, 2024