TRANSCRIPT OF FACEBOOK LIVE VIDEO

ACCOUNT OF DIJON SHARPE

DATED OCTOBER 9, 2018

LEGAL | MEDIA | EXPERTS

800-446-1387

```
 1            [VIDEO BEGINS]
 2   00:00        OFFICER ELLIS: ... you ain't got your
 3            seatbelt on.
 4                MR. STATON: Okay.
 5   00:02        OFFICER ELLIS: You got your ID on you?
 6                MR. STATON: No.  You can run my license,
 7            though.
 8   00:07        OFFICER ELLIS: You got your ID number?
 9                MR. STATON: No.  I'll give you my name.
10            Juankesta Staton.
11   00:13        OFFICER HELMS: Pulled right out in front of
12            that officer too, didn't you?
13                MR. STATON: He had a stop sign, didn't he?
14                MR. SHARPE: What officer?
15   00:19        MR. STATON: I thought I saw a stop sign
16            right there.
17                MR. SHARPE: There is a stop sign right
18            there.
19   00:22        MR. STATON: Yeah, I know.
20                OFFICER ELLIS: What's your name?
21                MR. STATON: Juankesta Staton. J-u-a-n --
22                OFFICER ELLIS: J-u --
23   00:23        MR. STATON: -- K-e-s-t-a, S-t-a-t-o-n.
24                OFFICER ELLIS: J-u-a-n --
```

```
 1              OFFICER HELMS: You got your ID on you?
 2    00:34     OFFICER ELLIS: -- K-e-s-t-a what?
 3              MR. STATON: J-u-a-n-k-e-s --
 4              OFFICER HELMS: Hey.
 5    00:37     MR. STATON: -- T-a.
 6              OFFICER ELLIS: Right.
 7              MR. STATON: Juankesta Staton, S-t-a-t-o-n.
 8    00:41     OFFICER ELLIS: Date of birth?
 9              MR. STATON: 7/3/80.
10              OFFICER ELLIS: All right.  Just hang tight,
11    00:48   all right?
12              MR. STATON: Uh-huh.  You know there was a
13            damn stop sign on the other side.
14    00:54     MR. SHARPE: It was a stop sign.
15              MR. STATON: They looked at it.
16    01:14     OFFICER HELMS: Where y'all live?
17              MR. STATON: I live in Greenville.
18              OFFICER HELMS: All right.  What are you
19    01:17   doing over here?
20              MR. STATON: Um --
21              MR. SHARPE: Handling business.
22    01:21     MR. STATON: Going to the neighborhood to
23            put tires on my car I just bought.
24              OFFICER HELMS: All right.  What's that
```

```
1   01:26    mean, handling business?
2                 MR. SHARPE: Handling our business.
3                 MR. STATON: [Inaudible]
4   01:29         OFFICER HELMS: Okay.  Why isn't your
5            seatbelt on?
6                 MR. STATON: I'm in Winterville.
7   01:33         MR. SHARPE: Just took it off when your man
8            came up.
9                 OFFICER HELMS: All right.
10  01:37         MR. STATON: I'm in Winterville.  I guess
11           the police officer running my license.  I guess
12           that police officer running my li -- well, he
13  01:46    gonna pull it up.  The police officer -- a
14           police officer told me he was running my
15           license.
16  01:53         I don't know if he had a -- huh.  Oh, no,
17           it's not.  It has something on [inaudible].
18  02:01         We've got the tires on the car.  We just
19           came from Wal-Mart, going to put the tires n
20           the car.
21  02:07         We went through -- I went through your
22           direction in Winterville instead of going the
23           highway.
24  02:15         And one of them was following me the whole
```

1          while, and I passed y'all house.

2  02:20       Um, Blount and somewhere else.  It looks

3          straight to be by the school, the same way you

4          be going, where we just went yesterday to go

5  02:27   get the car.  Me and Dijon.  The same thing

6          again, right?  I said the same thing, man.  The

7          same thing.

8  02:47       Oh -- right here by the alley by the Police

9          department and all of that, passing that little

10         school.

11 02:54       Yeah.  Same thing again.  But I told him he

12         could run my license; it's good.  We

13         [inaudible] we -- my license good.  I'm trying

14 03:12   to get to my car, man.  I didn't think about

15         none of that mess. I'm saying -- what am I

16 03:16   doing?  I got tires in the car.  Two in the

17         back seat and two in the boot.

18 03:21       MR. SHARPE: They say we ran a stop light --

19         I mean, we ran a stop sign?

20             OFFICER HELMS: Ran a stop sign, and the

21 03:24   driver didn't have his seatbelt on.

22             MR. SHARPE: We stopped at the stop sign.

23             OFFICER HELMS: You ran right out in front

24 03:27   of a police officer --

```
 1                    MR. STATON: They said I ran --

 2                    OFFICER HELMS: That's why --

 3   03:28            MR. SHARPE: Y'all got a stop sign too.

 4                    MR. STATON: I stopped at the stop sign.

 5             The officer pulled --

 6   03:30            OFFICER HELMS: Huh?

 7                    MR. SHARPE: Y'all got a stop sign too.

 8                    OFFICER HELMS: Yep.

 9   03:32            MR. STATON: Oh, you ran the stop sign --

10                    MR. SHARPE: So how we run in front of

11             y'all, if y'all got a stop sign?

12   03:34            OFFICER HELMS: You were right in front of

13             us.  You ran the stop sign in front of the

14             other officer --

15   03:37            MR. STATON: I was at a stop sign.  He was

16             coming --

17                    OFFICER HELMS: The other officer stopped

18   03:39    y'all before we could.

19                    MR. STATON: No, I was --

20                    MR. SHARPE: He did not stop us.

21   03:42            OFFICER HELMS: Huh?

22                    MR. STATON: -- [inaudible] stop sign.

23                    MR. SHARPE: We're -- y'all stopped us.

24   03:43            MR. STATON: I was at the stop sign.  He was
```

Legal Media Experts
800-446-1387

1           coming to one.

2                   OFFICER HELMS: That way doesn't have a stop

3      03:44   sign.

4                   MR. STATON: They said I --

5                   MR. SHARPE: Can we walk to it right now?

6      03:48   OFFICER HELMS: No.

7                   MR. STATON: So they called --

8                   MR. SHARPE: Y'all got a stop sign.

9      03:51   MR. STATON: -- two, three cars now.

10                  OFFICER HELMS: Well, you had a sign behind

11          you.  You ran that one, and no seatbelt.

12     03:55   MR. STATON: So he called in two, three

13          cars, the same thing they did last time.

14                  MR. SHARPE: We stopped at both stop signs.

15     04:01   MR. STATON: Yeah, we did.  Stopped at a

16          whole lot of stop signs.  He was --

17                  MR. SHARPE: That car --

18     04:03   MR. STATON: -- the one that pulled out.

19                  MR. SHARPE: The car came across the tracks,

20          and then we went, and then y'all came from the

21     04:07   right side.  And y'all -- y'all had a stop

22          sign, so then how did we stop in front of

23          y'all?

24     04:12   MR. STATON: I'm telling you guys, that's

1                why I should have went the highway, man.  I do

2                not got time for this.  And they're calling --

3     04:16      they got three, four cars.

4                     OFFICER ELLIS: Did you put that one on

5                there?  Stop sign, seat belt.

6     04:22          MR. STATON: Man, we ain't got it -- we

7                clean.  I got a good drivers license.  It's the

8                same thing they did last time, all [inaudible]

9     04:29          OFFICER HELMS: Hey, you got an ID on you?

10                    MR. STATON: No, I ain't -- I'm about tired

11               of this mess, man.  It's the same thing they

12    04:37      did last time, and they acted like they didn't

13               do nothing to us whenever -- when we had to go

14               to court behind it.

15    04:42          MR. SHARPE: Naw --

16                    MR. STATON: It's the same thing.

17                    OFFICER HELMS: What's that?

18    04:44          MR. SHARPE: No.

19                    OFFICER HELMS: Okay.  What's your name.

20                    MR. SHARPE: For what?

21    04:48          MR. STATON: He should have ran my license,

22               seen that --

23                    OFFICER HELMS: I just like to know who I'm

24    04:49      out with.

1          MR. STATON: -- we was good, and let us go.

2          MR. SHARPE: I'm good.

3    04:52      OFFICER HELMS: Okay.  All right.

4          [Inaudible]

5          MR. STATON: Talking about I didn't have a

6    04:54   seat belt on and all this.  He should have ran

7          -- man, that ain't got nothing to do with it.

8          That ain't got nothing to do with it.

9    05:02      You gonna give me a seat belt ticket, give

10         me a ticket and let me go.  That's all he gotta

11         do.

12   05:07      MR. SHARPE: And they pulling off four or

13         five cars --

14         MR. STATON: Yeah, you pulling off four or

15   05:08   five cars --

16         MR. SHARPE: Here we go again.

17         MR. STATON: -- to give me a seat belt

18         ticket.

19   05:10      MR. SHARPE: We got tires in the back.

20         MR. STATON: He ain't gotta do all that,

21         man.  All he gotta do is give me a seat belt

22   05:13   ticket and let me go.

23         MR. SHARPE: We just came from the Wal-Mart

24         --

Legal Media Experts
800-446-1387

```
 1    05:18           MR. STATON: They called three, four cars --

 2                    MR. SHARPE: -- getting new tires put on --

 3                    MR. STATON: I'm getting tired of this

 4    05:19    police mess, man.  I'm trying to get my car and

 5             [inaudible]

 6                    MR. SHARPE: They said we ran a stop sign.

 7    05:23    We stopped at a stop sign.

 8                    MR. STATON: Good God.

 9                    MR. SHARPE: After we leave, I'm gonna show

10    05:27    y'all exactly what -- where we went at.

11                    MR. STATON: I'm so tired.  I seen one of

12             them follow me the whole while, from the time I

13    05:37    turned left by your house, following a car

14             because they see two black people, man.  I'm on

15             [inaudible]

16    05:46        I ain't worried.  I got no [inaudible].  I

17             need -- I need them to let me go.  You done ran

18             my stuff.  Dijon already recording.

19    05:59        I'm so tired to have to keep messing with

20             these folk, man.  Good God.  I'm gonna

21             definitely get names this time, though.

22    06:10           MR. SHARPE: They say we ran the stop sign.

23                    MR. STATON: They talking about ran the stop

24             sign.
```

Legal Media Experts
800-446-1387

1    06:12          MR. SHARPE: And we stopped.

2               MR. STATON: We didn't run no [inaudible]

3          stop sign.  I stopped, and another cop was

4    06:16     trying to go straight in front of us.  I think

5          they were already calling them, because he

6          followed me three, four stop signs down.

7    06:23     Who?  How are we spending time --

8               MR. SHARPE: [inaudible]

9               MR. STATON: My tires are brand new, and I

10   06:31     got the Wal-Mart --

11              MR. SHARPE: We went and got the tires

12          nowhere near here.

13   06:35     MR. STATON: [Inaudible] I'm tired, man.  He

14          supposed to run my name and see that I'm

15          straight and let us go.  That's what he's

16   06:41     supposed to do.

17              They doin' all this extra mess, talking

18          about no seat belt.  Give me a seat belt ticket

19   06:47     and let me leave, then.

20              You clearly see we got brand new tires in

21          the car, so what could we be doing with four

22   06:53     tires in the car?

23              I have.  I'm getting tired of getting

24          pulled over.  These dudes petty, man.  Y'all

Legal Media Experts
800-446-1387

1    07:02     gonna [inaudible]

2                    MR. SHARPE: They got us out here -- this is

3              all on running a stop light -- I mean, running

4    07:07     -- running your license.

5                    MR. STATON: I don't know what y'all are

6              talking about.  Let them do this -- this right

7    07:11     here is holding me up from getting my car.

8                    Clearly -- he talking about what we're

9              doing, and you see two tires in the back and

10   07:17     two tires in the boot.

11                   It ain't no yelp.  Whoever back there

12             yelping, it ain't no stop lights by the school.

13   07:35     They stop signs.

14                   Talking about we didn't run a [inaudible]

15             stop sign.  I watched the dude follow me every

16   07:42     time.  That would have been stupid to run the

17             stop sign.  He been following me the whole

18             while.

19   07:47     That man seen two black people, and Dijon

20             with some glasses on.  They thinking drug

21             dealer.

22   07:52     I'm a [inaudible] but I know that's what it

23             is.  And I'm out here with a long-sleeved shirt

24             on and some basketball shorts.  Talking about

1    07:58    where we going, and you see tires in the car.

2             No.  That's called harassment.  Ain't no

3             running no stop sign, ain't no lights, no

4    08:05    stoplights on the --

5                 MR. SHARPE: We definitely stopped.

6                 MR. STATON: We ain't even on the main

7    08:08    street.  We on the street with the school.

8             There ain't no stoplights out there.

9                 And it take them that long to run the li --

10   08:15    he out here talking to his buddy in the back,

11            [inaudible] him call three, four cars.  And the

12            truck that asked me for my name, he leave.

13   08:22    So if you gonna give me a ticket for no

14            seat belt, you know what you're supposed to do?

15            You hold him until -- you not gonna get

16   08:27    nothing.  Ain't nobody got no charge or no

17            warrants.  Come on, man, let me go.  If you're

18            gonna give me a ticket, give me a ticket and

19   08:32    let me go.

20                Man, the tires are right there in the boot.

21            You gonna tell me that -- that man can see that

22   08:38    I got the paper right in my hand.

23                MR. SHARPE: And walked right up to the car.

24                MR. STATON: -- and walked right up to the

```
 1   08:42    car.  You holding us here just to hold -- that
 2             man, he was coming from behind, converges.  He
 3             seen us turn, and he turned right behind us.
 4   08:52        MR. SHARPE: We've [inaudible] y'all.  We
 5             just gonna -- I'm recording every time we get
 6             stopped.
 7   08:55        MR. STATON: Yeah, he converges when I --
 8                MR. SHARPE: -- as well as y'all should.
 9                MR. STATON: -- [inaudible] Regional,
10   08:57    whatever it's called.  He was waiting over
11             there.
12                MR. SHARPE: We good so far, but --
13   09:00        MR. STATON: So, what kind of stoplight?
14             There ain't no stoplights in the middle --
15                MR. SHARPE: We didn't run no stop sign,
16   09:03    though.
17                MR. STATON: There ain't no stop lights --
18                MR. SHARPE: I definitely know that.
19   09:05        MR. STATON: Regional.  Yeah.  Regional
20             accepted.  So where a stop light at?  Ain't no
21             stop lights, man.
22   09:12        You gonna give me a ticket, give it to me.
23             He pulled behind because he seen two young
24             black people driving.  That what it was.
```

Legal Media Experts
800-446-1387

```
 1  09:18    There's no stoplights on this street nowhere.

 2            I stopped at all three stop signs.

 3                Yeah, I know that.  Yeah.  And I was

 4  09:31    getting ready to go left like you did on that

 5            [inaudible] street and pick up my car and keep

 6            moving.  That's all.

 7  09:46        By Sam's and Fred's?  I don't even know

 8            Sam's and Fred's.  I didn't even go that way.

 9            I went straight across from Regional, past --

10  09:53    down past the school like you did, and make

11            that left over the railroad track and go down

12            that straight road.

13  10:06        Back there talking.  They could have

14            clearly gave me a ticket if I -- if it was a

15            seatbelt ticket and said okay, you guys have a

16  10:12    good day.

17                Because the one that called me -- or asked

18            my name and took all of the information, he

19  10:15    took off in the truck --

20                MR. SHARPE: After he asked --

21                MR. STATON: Two other ones came -- after he

22  10:18    asked.

23                MR. SHARPE: And then somebody else come and

24            see --
```

1    10:21          MR. STATON: And it looked like the officer

2                   they got for [inaudible]

3                   MR. SHARPE: Ring around the rosies here,

4    10:22          they got going on.

5                   MR. STATON: -- the one that was in the

6                   truck, I recognized him.  Big, tall, with like

7    10:26          receding hairline.

8                   MR. SHARPE: Tim Green.

9                   MR. STATON: Tim Green.  No, man [inaudible]

10   10:37          he probably got like suspended or something.

11                  All they supposed to do is give me a ticket and

12                  let me move.  That's it.  That dude seen black

13   10:51          folk, man.  If he was gonna stop me for a seat

14                  belt, he would have been stopping me.

15                  MR. SHARPE: He would have been came back.

16   10:55          MR. STATON: He followed me the whole while.

17                  MR. SHARPE: -- and gave us the ticket.

18                  MR. STATON: He was at the stoplight at

19   10:57          Regional.  He was at the stop sign.  When I

20                  turned left, he -- a car came.

21                  He waited, and then he rode behind me all

22   11:03          the way down the whole street.  And -- I know

23                  it.  Three cars come from three different ways.

24                  That's crazy.  I know there ain't no

1    11:14    stoplight or [inaudible] anything, man, that

2             [inaudible] was just gonna go for it.  No, sir,

3             I ain't going for it.

4    11:20        I already know what it is.  Stereotyping.

5             They see Dijon looking like he cool [inaudible]

6             glasses and all that, and thought he had

7    11:28    something.

8                 And I'm here with a dirty shirt on and some

9             basketball shorts, no socks, so you know I

10   11:33    can't do but so much.  And he done called three

11            officers.  You know I can't do but so much,

12            man.

13   11:42        OFFICER HELMS: What have we got?  Facebook

14            Live, cous?

15                MR. SHARPE: Yeah --

16   11:44        OFFICER HELMS: We ain't gonna do Facebook

17            Live, because that's an officer safety issue.

18                MR. SHARPE: Man, get off my phone, man.

19   11:49    Look at your boy.  Look at your boy.

20                MR. STATON: I'm saying, why you grabbing on

21            him, man?  Because he got his phone on?  You

22   11:54    can't be grabbing on him, dog.

23                OFFICER ELLIS: Look at me.  You got three

24            citations.

1    11:57        MR. STATON: Okay.

2                 OFFICER ELLIS: Failure to wear your

3             seatbelt --

4    11:58        MR. STATON: Okay.

5                 OFFICER ELLIS: -- failure to yield at the

6             stop sign right there --

7    12:00        MR. STATON: Okay.

8                 OFFICER ELLIS: -- and you got failure to

9             carry your drivers license.

10   12:06        MR. STATON: Okay, that's cool.

11                OFFICER ELLIS: All three of those

12            citations, you can go online right there --

13   12:08        MR. STATON: I will.  I know exactly how it

14            works.  Thank you, man.

15                OFFICER ELLIS: You got any questions for

16   12:11    me?

17                MR. STATON: No.  I'm good.

18                OFFICER ELLIS: Okay.  In the future, guys,

19            this Facebook Live stuff, if you recording --

20   12:16        MR. STATON: Hey, look, man --

21                OFFICER ELLIS: -- listen to me.

22                MR. STATON: Not -- not y'all, but boy we

23   12:18    had some shit going --

24                OFFICER ELLIS: Okay.

1          MR. STATON: -- on in Greenville, policeman

2   12:21   --

3          OFFICER ELLIS: Okay.  That's --

4          MR. SHARPE: We got some shit going on with

5   12:23   you, too.  I don't know why you grabbing me.  I

6          don't know why you grabbing me.

7          MR. STATON: We ain't trying to say today,

8   12:28   no [inaudible]

9          MR. SHARPE: Your man just grabbed me -- you

10         seen him grab my -- my seat belt and grab on me

11  12:32   and everything.

12         OFFICER ELLIS: Facebook Live --

13         MR. SHARPE: P. Helms --

14  12:33   OFFICER ELLIS: Hey, I'm talking to you.

15         MR. STATON: He talking -- he talking to the

16         other dude.

17  12:36   MR. SHARPE: No, you talking to him.

18         OFFICER ELLIS: I'm talking to you.

19         MR. SHARPE: Okay, but --

20  12:40   OFFICER ELLIS: Facebook Live --

21         MR. STATON: Yeah.

22         OFFICER ELLIS: -- we're not gonna have,

23  12:41   okay, because that lets everybody y'all follow

24         on Facebook that we're out here.  There might

```
 1            be just one me next time --
 2   12:47        MR. STATON: Yeah.
 3            OFFICER ELLIS: -- okay.  It lets everybody
 4            know where y'all are at.  We're not gonna have
 5   12:50    that.
 6            MR. STATON: Right.
 7            OFFICER ELLIS: If you were recording, that
 8   12:51    is just fine.
 9            MR. STATON: Okay.
10            OFFICER ELLIS: We record, too.  So in the
11   12:55    future, if you're on Facebook Live, your phone
12            is gonna be taken from you?
13            MR. SHARPE: How? Is that a law?
14   12:58        OFFICER ELLIS: And if you don't want to
15            give up your phone, you'll go to jail.
16            MR. SHARPE: Is that a law?
17   13:02        OFFICER ELLIS: That's an officer safety
18            issue.
19            MR. STATON: You know --
20   13:03        OFFICER ELLIS: That's the RDO.
21            MR. STATON: -- the last situation we had,
22            the officer --
23   13:05        MR. SHARPE: That's not a law.
24            MR. STATON: -- beat a guy up --
```

```
 1                    OFFICER ELLIS: That's the RDO.

 2   13:07            MR. STATON: -- and then didn't have his

 3                body cam on.  Like I said, after that happened,

 4                man, I don't trust no cops.

 5   13:11            OFFICER ELLIS: I understand that.

 6                    MR. STATON: I'm sorry.

 7                    OFFICER ELLIS: If I had that happen to me,

 8   13:14    I'd probably --

 9                    MR. STATON: Yeah.

10                    OFFICER ELLIS: -- be in the same situation.

11   13:16            MR. STATON: Yeah, man.

12                    OFFICER ELLIS: But to let you know, you can

13                record on your phone --

14   13:18            MR. STATON: And you got to, for a

15                precaution.

16                    OFFICER ELLIS: -- but Facebook Live is not

17   13:19    gonna happen.

18                    MR. STATON: Okay.  That's cool.

19                    OFFICER ELLIS: Do you understand,

20   13:21    passenger?

21                    MR. SHARPE: I got you.

22                    OFFICER ELLIS: If I see it again, you ain't

23   13:14    gonna have that.  All right?

24                    MR. SHARPE: Wait, let me put my seatbelt
```

1       on.

2   13:27        MR. STATON: Now come on.  I'm telling you,

3             [inaudible] Facebook Live, I don't see how.

4             MR. SHARPE: P. Helms getting a lawsuit.

5   13:34        MR. STATON: You heard all that mess, didn't

6             you?

7             MR. SHARPE: P. Helms getting a lawsuit.

8   13:35        MR. STATON: All of these [inaudible] cases

9             --

10            MR. SHARPE: Y'all heard what they just

11  13:37   said.

12            MR. STATON: I'm telling Dijon, then the

13            officer --

14  13:39        MR. SHARPE: Did you hear what they just

15            said?  Did you just see the man grabbing on me?

16            Y'all see what the fuck I be talking about.

17  13:45        Y'all see what the fuck I be talking about.

18            Y'all think we just be lying and shit.  Y'all

19            just seen the nigger grab on me, on Live, grab

20  13:50   the phone, grab the seat belt, and grab my

21            shirt.  Y'all just seen this shit.  P. Helms.

22            P. Helms will be getting a lawsuit.  Will be

23  13:58   getting a lawsuit.  Share my fucking shit.

24            Y'all think niggers be lying and shit.

1           Y'all think niggers be really lying.  This is

2   14:06   what's going on in Greenville.  This is what's

3           going on in Greenville, Greenville/Winterville.

4           This is what's going on in Greenville and

5   14:12   Winterville.

6               This is what happened to us.  Greenville

7           Police Department, a police department y'all

8   14:18   love, Protect and Serve, and they harassing --

9           they just gave this man three citations for no

10          reason.  For no reason.

11  14:27       MR. STATON: [inaudible] no stop sign. If he

12          couldn't search and find that and all that --

13               MR. SHARPE: For no reason.

14  14:29       MR. STATON: My license was clean.

15               MR. SHARPE: Y'all just seen the man grab on

16          me.

17  14:31       MR. STATON: You tell me you stop me for a

18          seat belt, but you didn't --

19               MR. SHARPE: Y'all just seen the man grab on

20  14:33   me.

21               MR. STATON: And then you [inaudible]

22               MR. SHARPE: Now, what the fuck we gonna do

23  14:37   about it?

24               MR. STATON: -- reached in the car to Dijon

```
 1              phone and then grabbed the guy's seat belt.
 2   14:41           MR. SHARPE: What are we gonna do about it?
 3              The same way they did in Greenville.  The same
 4              way they did in Greenville.  Share my shit.
 5   14:48      Stop playing with me, man.  That's what the
 6              fuck I'm talking about.  That's why I'm doing
 7              what the fuck I'm doing.
 8   14:50           Y'all just seen exactly what they would
 9              have had.  What if he went into -- he didn't
10              decide to reach?  He would have reached for his
11   14:55      gun instead.
12                  Come on, man.  Hey, you on camera.  They
13              don't give a fuck.  Y'all crazy, man.  That
14   15:02      shit crazy.  I know y'all just seen this shit.
15              That shit crazy.  We got tires in the back.
16                  MR. STATON: They always trying to fuck with
17   15:11      somebody.
18                  MR. SHARPE: We got tires in the back.  We
19              got tires in the back, man.  Hey, look --
20   15:16           MR. STATON: I ain't going to jail -- I
21              ain't going to no damn jail.
22              [END OF VIDEO]
23
24
```

Legal Media Experts
800-446-1387

**CERTIFICATE**

State of North Carolina

County of Johnston


        I, Nicole Fleming, do hereby certify that the
foregoing pages represent a true and accurate
transcription of the above-referenced recording to
the best of my ability.


        I further certify that I am not counsel for,
nor in the employment of any of the parties to this
action; that I am not related by blood or marriage
to any of the parties, nor am I interested, either
directly or indirectly, in the results of this
action.


        In witness whereof, I have hereto set my hand,
this the 13th day of February, 2019.


*Nicole Fleming*

Nicole Fleming

Court Reporter

Legal Media Experts
800-446-1387