# UNITED STATES DISTRICT COURT
for the
Eastern District of North Carolina

| | | |
|---|---|---|
| Dijon Sharpe | ) | |
| *Plaintiff* | ) | |
| v. | ) | Case No. 4:19-cv-00157 |
| Winterville Police Department et al. | ) | |
| *Defendant* | ) | |

**APPEARANCE OF COUNSEL**

To: The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Dijon Sharpe, the Plaintiff.

Date: 11/04/2019

/s/ T. Greg Doucette
*Attorney's signature*

T. Greg Doucette, NC Bar No. 44351
*Printed name and bar number*

Law Offices of T. Greg Doucette, PLLC
311 E. Main Street
Durham, NC 27701-3717
*Address*

greg@tgdlaw.com
*E-mail address*

(919) 998-6993
*Telephone number*

(866) 794-7517
*FAX number*