IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
EASTERN DIVISION

Civil Action No. 4:19-cv-157-D

| | |
|---|---|
| DIJON SHARPE, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) |
| | ) |
| WINTERVILLE POLICE DEPARTMENT; Officer WILLIAM BLAKE ELLIS, in his official capacity only; and Officer MYERS PARKER HELMS IV, both individually and in his official capacity, | ) ) ) ) ) ) ) |
| Defendants. | |

**NOTICE OF APPEARANCE**

NOW COMES the undersigned attorney, Dan Hartzog Jr., and hereby gives notice of appearance as counsel of record for Defendants in the above-captioned case. It is respectfully requested that all future documents, including but not limited to pleadings, notices, motions and discovery, be served upon the undersigned as counsel for Defendant.

Respectfully submitted, this the 3rd day of February, 2020.

HARTZOG LAW GROUP, LLP

*/s/ Dan Hartzog Jr.*
DAN M. HARTZOG JR.
N.C. State Bar No. 35330
E-mail: dhartzogjr@hartzoglawgroup.com
Phone/Fax: (919) 480-2450

KATHERINE BARBER-JONES
N.C. State Bar No. 44197
E-mail: kbarber-jones@hartzoglawgroup.com
Phone/Fax: (919) 424-0091
1903 N. Harrison Ave., Ste. 200
Cary, NC  27513

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF NORTH CAROLINA
EASTERN DIVISION

Civil Action No. 4:19-cv-157-D

| | |
|---|---|
| DIJON SHARPE, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> WINTERVILLE POLICE ) <br> DEPARTMENT; Officer WILLIAM ) <br> BLAKE ELLIS, in his official capacity ) <br> only; and Officer MYERS PARKER ) <br> HELMS IV, both individually and in his ) <br> official capacity, ) <br> ) <br> Defendants. ) | **CERTIFICATE OF SERVICE** |

I hereby certify that on February 3, 2020, I electronically filed the foregoing pleading with the Clerk of Court using the CM/ECF system, which will send notification of such filing to the following:

T. Greg Doucette
311 E. Main St.
Durham, NC  27701-3717
greg@tgdlaw.com
*Attorney for Plaintiffs*

This the 3rd day of February, 2020

HARTZOG LAW GROUP, LLP

*/s/ Dan Hartzog Jr.*
DAN M. HARTZOG JR.
N.C. State Bar No. 35330
E-mail: dhartzogjr@hartzoglawgroup.com
Phone/Fax: (919) 480-2450
KATHERINE BARBER-JONES
N.C. State Bar No. 44197
E-mail: kbarber-jones@hartzoglawgroup.com
Phone/Fax: (919) 424-0091
1903 N. Harrison Ave., Ste. 200
Cary, NC  27513