IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
EASTERN DIVISION

Civil Action No. 4:19-cv-157-D

| | |
|---|---|
| DIJON SHARPE, | ) |
|       Plaintiff, | ) |
| v. | ) |
| WINTERVILLE POLICE DEPARTMENT; Officer WILLIAM BLAKE ELLIS, in his official capacity only; and Officer MYERS PARKER HELMS IV, both individually and in his official capacity, | ) |
|       Defendants. | ) |

**PARTIAL MOTION TO DISMISS**

Defendants, by and through undersigned counsel, hereby move to dismiss the Complaint in part in this matter pursuant to Federal Rules of Civil Procedure 12(b)(2) and 12(b)(6). Defendants respectfully contend that they are entitled to dismissal of all claims against the Winterville Police Department and all claims against Officer Myers Parker Helms, IV in his individual capacity, due to the following grounds:

1. Plaintiff's claims fails to state a claim upon which relief can be granted as to these defendants;

2. Plaintiff's claims against the Winterville Police Department are subject to dismissal, as the Winterville Police Department is not an entity capable of being sued, and therefore this court lacks personal jurisdiction;;

3. Officer Helms is entitled to qualified immunity as the claims asserted against him in his individual capacity.

WHEREFORE, Defendants respectfully request that the above noted claims be dismissed pursuant to F. R. Civ. P. 12(b)(2) and 12(b)(6).

Respectfully submitted, this the 3rd day of February, 2020.

*/s/ Dan M. Hartzog Jr.*
DAN M. HARTZOG JR.
N.C. State Bar No. 35330
E-mail: dhartzogjr@cshlaw.com
CRANFILL SUMNER & HARTZOG LLP
*Attorneys for Defendants*
Post Office Box 27808
Raleigh, North Carolina 27611-7808
Telephone: 919/828-5100
Facsimile: 919/828-227

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
EASTERN DIVISION

Civil Action No. 4:19-cv-157-D

| | |
|---|---|
| DIJON SHARPE, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>WINTERVILLE POLICE )<br>DEPARTMENT; Officer WILLIAM )<br>BLAKE ELLIS, in his official capacity )<br>only; and Officer MYERS PARKER )<br>HELMS IV, both individually and in his )<br>official capacity, )<br>)<br>Defendants. ) | **CERTIFICATE OF SERVICE** |

I hereby certify that on February 3, 2020, I electronically filed the foregoing pleading with the Clerk of Court using the CM/ECF system, which will send notification of such filing to the following:

    T. Greg Doucette
    311 E. Main St.
    Durham, NC 27701-3717
    greg@tgdlaw.com
    *Attorney for Plaintiffs*

This the 3rd day of February, 2020

                HARTZOG LAW GROUP, LLP

                */s/ Dan M. Hartzog Jr.*
                DAN M. HARTZOG JR.
                N.C. State Bar No. 35330
                E-mail: dhartzogjr@hartzoglawgroup.com
                Phone/Fax: (919) 480-2450
                KATHERINE BARBER-JONES
                N.C. State Bar No. 44197
                E-mail: kbarber-jones@hartzoglawgroup.com
                Phone/Fax: (919) 424-0091
                1903 N. Harrison Ave., Ste. 200
                Cary, NC  27513