IN THE US DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
EASTERN DIVISION
Civil Action No. 4:19cv157

| | |
|---|---|
| DIJON SHARPE, | ) |
|     Plaintiff, | ) |
| | ) |
| v. | ) |
| | ) **NOTICE OF APPEARANCE** |
| TOWN OF WINTERVILLE, | ) |
| WILLIAM BLAKE ELLIS, and | ) |
| MYERS PARKER HELMS IV, | ) |
| | ) |
|     Defendants. | ) |

NOW COMES the undersigned attorney, Katherine Barber-Jones, and hereby gives notice of appearance as counsel of record for Defendants in the above-captioned case. It is respectfully requested that all future documents, including but not limited to pleadings, notices, motions and discovery, be served upon the undersigned as counsel for Defendants.

Respectfully submitted, this the 4th day of February, 2020.

        **HARTZOG LAW GROUP LLP**

        /s/ *Katherine Barber-Jones*
        DAN M. HARTZOG, JR.
        N.C. State Bar No. 35330
        E-mail: dhartzogjr@hartzoglawgroup.com
        KATHERINE BARBER-JONES
        N.C. State Bar No. 44197
        E-mail: kbarber-jones@hartzoglawgroup.com
        1903 N. Harrison Avenue, Suite 200
        Cary, North Carolina 27513
        Telephone: (919) 670-0338
        Facsimile: (919) 714-4635

## CERTIFICATE OF SERVICE

I hereby certify that on February 4, 2020, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system, which will send electronic notification to all registered CM/ECF participants.

This the 4th day of February, 2020.

/s/ *Katherine Barber-Jones*
DAN M. HARTZOG, JR.
N.C. State Bar No. 35330
E-mail: dhartzogjr@hartzoglawgroup.com
KATHERINE BARBER-JONES
N.C. State Bar No. 44197
E-mail: kbarber-jones@hartzoglawgroup.com
1903 N. Harrison Avenue, Suite 200
Cary, North Carolina 27513
Telephone: (919) 670-0338
Facsimile: (919) 714-4635
*Attorneys for Defendants*