IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA

Civil Action No. 4:19-cv-157

| | |
|---|---|
| DIJON SHARPE, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | **JOINT NOTICE OF** |
| ) | **DESIGNATION OF** |
| TOWN OF WINTERVILLE, ) | **MEDIATOR** |
| WILLIAM BLAKE ELLIS, and ) | |
| MYERS PARKER HELMS IV, ) | |
| ) | |
| Defendants. ) | |

NOW COME Defendants, TOWN OF WINTERVILLE, WILLIAM BLAKE ELLIS, and MYERS PARKER HELMS IV, by and through their undersigned attorneys and with the consent of Plaintiff, DIJON SHARPE, through his attorney, and pursuant to the Court's Notice of May 5, 2020, and hereby give notice that the Parties have agreed to designate the following mediator pursuant to Local ADR Rule 101.1c(a):

    Patricia L. Holland, Esq.
    1552 Iredell Drive
    Raleigh, NC 27608
    Telephone: (984) 232-8014
    Email: patricia.hollandmediations@gmail.com

Ms. Holland is certified by this Court as a mediator with subject-matter expertise in civil rights, has been contacted by counsel for the parties, and has

agreed to serve as mediator in the above-captioned matter. A copy of this Notice will be served on the mediator by electronic mail.

Respectfully submitted, this the 19th day of May, 2020.

**HARTZOG LAW GROUP LLP**

/s/ *Katherine Barber-Jones*
DAN M. HARTZOG, JR.
N.C. State Bar No. 35330
E-mail: dhartzogjr@hartzoglawgroup.com
KATHERINE BARBER-JONES
N.C. State Bar No. 44197
E-mail: kbarber-jones@hartzoglawgroup.com
1903 N. Harrison Avenue, Suite 200
Cary, North Carolina 27513
Telephone: (919) 670-0338
Facsimile: (919) 714-4635

# CERTIFICATE OF SERVICE

I hereby certify that on May 19, 2020, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system, which will send electronic notification to all registered CM/ECF participants, and sent a copy to the mediator by electronic mail, at the address identified above.

This the 19th day of May, 2020.

> /s/ *Katherine Barber-Jones*
> DAN M. HARTZOG, JR.
> N.C. State Bar No. 35330
> E-mail: dhartzogjr@hartzoglawgroup.com
> KATHERINE BARBER-JONES
> N.C. State Bar No. 44197
> E-mail: kbarber-jones@hartzoglawgroup.com
> 1903 N. Harrison Avenue, Suite 200
> Cary, North Carolina 27513
> Telephone: (919) 670-0338
> Facsimile: (919) 714-4635
> *Attorneys for Defendants*