# Patricia L. Holland, Esq.
Attorney at Law
NCDRC Certified Mediator – Superior Court

June 17, 2020

Daniel K. Bryson, Esq.
John Hunter Bryson, Esq.
Scott C. Harris, Esq.
Whitfield Bryson & Mason LLP
900 W. Morgan Street
Raleigh, NC 27603

Daniel Hartzog, Jr., Esq.
Katherine Barber-Jones, Esq.
Hartzog Law Group
1903 N. Harrison Avenue, Suite 200
Cary, NC 27513

Re: *Stier Construction Co., Inc. and Keith Carroll v. Town of Carolina Beach*
Civil Action No.: 19-CVS-2999 (New Hanover County Superior Court)

Dear Counsel:

This is to confirm that the mediation is scheduled to be held on **Thursday, July 9, 2020, at 10:00 a.m.** Per agreement of the parties, the mediation will be held via Zoom.

**Mediation Fees.** This also confirms that my rate of compensation is $300.00 for the one hour preparation or administrative fee and $300.00 per hour for the time spent in the actual mediation.

**Pre-mediation submittals.** I have received copies of the Complaint and Answer filed in this matter from Mr. Hartzog. *Although not required*, it might be helpful if each party would submit a brief (no more than 2-3 pages) summary of the case and your contentions. I would, of course, be willing to review any other materials that you may wish to submit for my review in advance of the mediation.

I look forward to working with you.

1552 Iredell Drive | Raleigh, NC 27608

(Office) (984) 232-8014
patricia.hollandmediations@gmail.com

With best regards, I am

                    Very truly yours,

                    Patricia L. Holland

PLH/tlm