THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
EASTERN DIVISION
No. 4:19-cv-157-D

| | | |
|---|---|---|
| DIJON SHARPE, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| TOWN OF WINTERVILLE POLICE DEPARTMENT, Officer WILLIAM BLAKE ELLIS, in his official capacity only, and Officer MYERS PARKER HELMS IV, both individually and in his official capacity, | ) ) ) ) ) ) ) ) | **ORDER GRANTING MOTION TO CONTINUE HEARING ON PARTIAL MOTION TO DISMISS** |
| Defendants. | ) | |

In the above-captioned action, Defendants TOWN OF WINTERVILLE POLICE DEPARTMENT, OFFICER WILLIAM BLAKE ELLIS, and OFFICER MYERS PARKER HELMS IV ("Defendants"), having for good cause shown made application for a continuance of the hearing currently set for 10:00 a.m. on Thursday, July 9, 2020; and

It appearing to the Court that counsel for Plaintiff consented to Defendants' requested motion for a continuance; and

It appearing to the Court that said Motion should be allowed;

IT IS THEREFORE ORDERED that the hearing be continued and reset for hearing:

- at a later date to be determined by the Court

- _____ _____, 2020, at _____ a.m. / p.m., in courtroom _____ of the Terry Sanford Federal Building, 310 New Bern Avenue, Raleigh, North Carolina.

This the _____ day of July, 2020.

_____
UNITED STATES DISTRICT COURT JUDGE