THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
EASTERN DIVISION
No. 4:19-cv-157-D

| | | |
|---|---|---|
| DIJON SHARPE, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| TOWN OF WINTERVILLE POLICE DEPARTMENT, Officer WILLIAM BLAKE ELLIS, in his official capacity only, and Officer MYERS PARKER HELMS IV, both individually and in his official capacity, | ) ) ) ) ) ) ) | **ORDER AMENDING SCHEDULING ORDER** |
| | ) | |
| Defendants. | ) | |

In the above-entitled action, the Parties have for good cause shown moved to amend the Scheduling Order (DE 22) entered by the Court on March 25, 2020.

IT IS NOW ORDERED that the Parties' Joint Motion to Amend Scheduling Order is ALLOWED and the Scheduling Order (DE 22) is hereby amended to include the following new deadlines:

1. All discovery shall be completed by **Monday, December 7, 2020**.

2. The deadline for filing dispositive motions is extended to **Monday, January 4, 2020**.

Except as modified above, the Scheduling Order (DE 22) remains in full force and effect.

SO ORDERED, this the _____ day of August, 2020.

_____
UNITED STATES DISTRICT JUDGE