THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
EASTERN DIVISION
No. 4:19-cv-157-D

| | | |
|---|---|---|
| DIJON SHARPE, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| TOWN OF WINTERVILLE POLICE | ) | |
| DEPARTMENT, Officer WILLIAM | ) | **ORDER AMENDING** |
| BLAKE ELLIS, in his official | ) | **SCHEDULING ORDER** |
| capacity only, and Officer MYERS | ) | |
| PARKER HELMS IV, both | ) | |
| individually and in his official | ) | |
| capacity, | ) | |
| | ) | |
| Defendants. | ) | |

In the above-entitled action, the Parties have for good cause shown moved to amend the Scheduling Order (DE 22) entered by the Court on March 25, 2020.

IT IS NOW ORDERED that the Parties' Joint Motion to Amend Scheduling Order is ALLOWED and the Scheduling Order (DE 22) is hereby amended to include the following new deadlines:

1. All discovery shall be completed by **Monday, December 7, 2020**.

2. The deadline for filing dispositive motions is extended to **Monday, January 4, 2020**.

Except as modified above, the Scheduling Order (DE 22) remains in full force and effect.

SO ORDERED, this the __7__ day of August, 2020.

_____
JAMES C. DEVER III
United States District Judge

2

Case 4:19-cv-00157-D   Document 29   Filed 08/07/20   Page 2 of 2