IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
EASTERN DIVISION
No. 4:19-CV-157-D

| | |
|---|---|
| DIJON SHARPE, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | |
| ) | **ORDER** |
| WINTERVILLE POLICE DEPARTMENT, ) | |
| Officer WILLIAM BLAKE ELLIS, ) | |
| in his official capacity, and Officer MYLES ) | |
| PARKER HELMS IV, both individually and ) | |
| in his official capacity, ) | |
| ) | |
| Defendants. ) | |

The court will hold oral argument on the pending motion to dismiss on Friday, August 14, 2020, at 2:00 p.m. in courtroom one, in the Terry Sanford Federal Building, 310 New Bern Avenue, Raleigh, North Carolina.

SO ORDERED. This 10 day of August 2020.

JAMES C. DEVER III
United States District Judge