IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
EASTERN DIVISION

Civil Action No. 4:19-cv-00157

| | |
|---|---|
| **DIJON SHARPE,** ) | |
|     **Plaintiff,** ) | |
| ) | |
| v. ) | **PLAINTIFF'S MOTION FOR** |
| ) | **THE ENTRY OF FINAL JUDGMENT** |
| **WINTERVILLE POLICE DEPARTMENT;** ) | **UNDER FEDERAL RULE OF** |
| Officer **WILLIAM BLAKE ELLIS,** ) | **CIVIL PROCEDURE 54(B)** |
| **in his official capacity only; and** ) | |
| Officer **MYERS PARKER HELMS IV, both** ) | |
| **individually and in his official capacity,** ) | |
|     **Defendants.** ) | |
| ) | |

**NOW COMES** the Plaintiff Dijon Sharpe ("Mr. Sharpe"), by and through undersigned counsel T. Greg Doucette, and hereby moves pursuant to Rule 54(b) of the Federal Rules of Civil Procedure for the entry of a final judgment of dismissal of Plaintiff's claim against Defendant Myers Parker Helms IV ("Officer Helms") in his individual capacity under 42 U.S.C. § 1983, based on the Court's Order granting Defendant's partial motion to dismiss Officer Helms on the grounds of qualified immunity (ECF No. 33).

Respectfully submitted this the ___25th___ day of _____October_____, 2020.

                                        THE LAW OFFICES OF T. GREG DOUCETTE PLLC

                                        /s/ T. Greg Doucette
                                        T. Greg Doucette
                                        North Carolina Bar No. 44351

                                        ATTORNEYS FOR PLAINTIFF
                                        311 E. Main Street
                                        Durham, North Carolina  27701-3717
                                        Phone: (919) 998-6993
                                        Fax:   (866) 794-7517
                                        Email: greg@tgdlaw.com

# CERTIFICATE OF SERVICE

The undersigned has this date served the foregoing **PLAINTIFF'S MOTION FOR THE ENTRY OF FINAL JUDGMENT UNDER FEDERAL RULE OF CIVIL PROCEDURE 54(B)** upon the Defendants as follows:

**To:** Dan M. Hartzog, Jr., Esq.
Katherine Barber-Jones, Esq.
HARTZOG LAW GROUP, LLP
1903 N. Harrison Avenue, Suite 200
Cary, NC 27513
Email: dhartzogjr@hartzoglawgroup.com
kbarber-jones@hartzoglawgroup.com
*Attorneys for All Defendants*
**Service by:** CM/ECF pursuant to E.D.N.C. Local R. 5.1

This the  25th  day of                 October                , 2020.

THE LAW OFFICES OF T. GREG DOUCETTE PLLC


/s/ T. Greg Doucette
T. Greg Doucette
North Carolina Bar No. 44351

ATTORNEYS FOR PLAINTIFF
311 E. Main Street
Durham, North Carolina 27701-3717
Phone: (919) 998-6993
Fax: (866) 794-7517
Email: greg@tgdlaw.com