IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
Civil Action No. 4:19cv157

| | |
|---|---|
| DIJON SHARPE, <br><br>        Plaintiff, <br><br>    v. <br><br>WINTERVILLE POLICE DEPARTMENT, Officer WILLIAM BLAKE ELLIS, in his official capacity only, and Officer MYERS PARKER HELMS IV, both individually and in his official capacity, <br><br>        Defendants. | **DEFENDANTS' MOTION FOR PARTIAL JUDGMENT ON THE PLEADINGS** |

COME NOW Defendants, by and through their undersigned attorneys and pursuant to Rule 12(c) of the Federal Rules of Civil Procedure, and respectfully request that judgment be entered in Defendants' favor on the pleadings and Plaintiff's remaining claims be dismissed with prejudice. Specifically, Plaintiff has failed to state a claim upon which relief may be granted against the official capacity Defendants, because:

1. Plaintiff has failed to allege a policy, custom, or practice of the town sufficient to establish *Monell* liability; and

2. The policy alleged by Plaintiff, if it existed, would not be unconstitutional.

In support of their Motion, Defendants rely upon the contemporaneously filed Memorandum in Support of Defendant's Motion for Partial Judgment on the Pleadings.

WHEREFORE, Defendants respectfully request that the Court grant the motion for partial judgment on the pleadings and dismiss with prejudice Plaintiff's remaining claims against the against the officers in their official capacities.

Respectfully submitted, this the 18th day of November, 2020.

>/s/ Dan Hartzog Jr.
> Dan M. Hartzog, Jr.
> N.C. State Bar No. 35330
> Katherine Barber-Jones
> N.C. State Bar No. 44197
> HARTZOG LAW GROUP LLP
> 1903 N. Harrison Avenue, Suite 200
> Cary, NC 27513
> Email: dhartzogjr@hartzoglawgroup.com
>        kbarber-jones@hartzoglawgroup.com
> Telephone/Fax: (919) 480-2450
> *Attorneys for Defendants*

## CERTIFICATE OF SERVICE

I hereby certify that on November 18, 2020, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system, which will send electronic notification to all registered CM/ECF participants.

This the 18th day of November, 2020.

/s/ *Dan Hartzog Jr.*
DAN M. HARTZOG, JR.
N.C. State Bar No. 35330
E-mail: dhartzogjr@hartzoglawgroup.com
KATHERINE BARBER-JONES
N.C. State Bar No. 44197
E-mail: kbarber-jones@hartzoglawgroup.com
1903 N. Harrison Avenue, Suite 200
Cary, North Carolina 27513
Telephone: (919) 670-0338
Facsimile: (919) 714-4635
*Attorneys for Defendants*