# IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF NORTH CAROLINA
### EASTERN DIVISION
#### No. 4:19-cv-157-D

DIJON SHARPE,                                    )
                                                 )
      Plaintiff,                             )
                                                 )
     v.                                        )
                                                 )
TOWN OF WINTERVILLE POLICE                       )      **ORDER STAYING**
DEPARTMENT, Officer WILLIAM                      )    **SCHEDULING ORDER**
BLAKE ELLIS, in his official                     )         **DEADLINES**
capacity only, and Officer MYERS                 )
PARKER HELMS IV, in his official                 )
capacity only,                                   )
                                                 )
      Defendants.                           )
                                                 )

In the above-entitled action, the Parties have for good cause shown moved to stay the deadlines in the Scheduling Order (DE 22) entered by the Court on March 22, 2020 and Order Amending Scheduling Order (DE 30) entered by the Court on August 7, 2020.

IT IS NOW ORDERED that the Parties' Joint Motion to Stay Deadlines in Scheduling Order (DE 38) is ALLOWED and the Scheduling Order (DE 22) and Order Amending Scheduling Order (DE 30) are hereby amended to STAY the deadlines reflected therein pending resolution of Plaintiff's Motion for Entry of Judgment Under Federal Rule of Civil Procedure 54(b) (DE 34) and

Defendants' Motion for Partial Judgment on the Pleadings (DE 36). Upon resolution of those motions, if needed, the Court will set new deadlines for the Parties.

Except as modified above, the Scheduling Order (DE 22) and Order Amending Scheduling Order (DE 30) remain in full force and effect.

SO ORDERED, this the ___1(___ day of December, 2020.


_____
JAMES C. DEVER III
UNITED STATES DISTRICT JUDGE