UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
EASTERN DIVISION

| | |
|---|---|
| DIJON SHARPE, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | **JUDGMENT** |
| ) | 4:20-CV-157-D |
| WINTERVILLE POLICE DEPARTMENT, ) | |
| WILLIAM BLAKE ELLIS and MYERS PARKER ) | |
| HELMS, IV, ) | |
| ) | |
| Defendants. ) | |
| ) | |

**Decision by Court.**

**IT IS ORDERED, ADJUDGED AND DECREED**, pursuant to the Court's order entered August 20, 2020, the court GRANTS defendants' motion to dismiss [D.E. 15] and DISMISSES WITH PREJUDICE plaintiff's claim against WPD and plaintiff's claim against Helms in his individual capacity.

**IT IS FURTHER ORDERED, ADJUDGED AND DECREED** that the court GRANTS defendants' motion for judgment on the pleadings [D.E. 36] and DISMISSES AS MOOT plaintiff's motion for entry of final judgment [D.E. 34].

This case is closed.

**This judgment filed and entered on July 9, 2021, and served on:**
Thomas Gregory Doucette (via CM/ECF Notice of Electronic Filing)
Dan McCord Hartzog, Jr. (via CM/ECF Notice of Electronic Filing)
Katherine Barber-Jones (via CM/ECF Notice of Electronic Filing)

PETER A. MOORE, JR., CLERK

July 9, 2021

   /s/ Peter A. Moore, Jr.