FILED: July 29, 2021

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

No. 21-1827
(4:19-cv-00157-D)

_____

DIJON SHARPE

       Plaintiff - Appellant

v.

WINTERVILLE POLICE DEPARTMENT; WILLIAM BLAKE ELLIS, in his official capacity only; MYERS PARKER HELMS, IV, In his individual and official capacity

       Defendants - Appellees

_____

This case has been opened on appeal.

| | |
|---|---|
| Originating Court | United States District Court for the Eastern District of North Carolina at Raleigh |
| Originating Case Number | 4:19-cv-00157-D |
| Date notice of appeal filed in originating court: | 07/27/2021 |
| Appellant | Dijon Sharpe |
| Appellate Case Number | 21-1827 |
| Case Manager | Cyndi Halupa<br>804-916-2704 |