FILED: March 23, 2023

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

No. 21-1827
(4:19-cv-00157-D)

_____

DIJON SHARPE

       Plaintiff - Appellant

v.

WINTERVILLE POLICE DEPARTMENT; WILLIAM BLAKE ELLIS, in his official capacity only; MYERS PARKER HELMS, IV, in his individual and official capacity

       Defendants - Appellees

------------------------------

NATIONAL POLICE ACCOUNTABILITY PROJECT; THE INSTITUTE FOR JUSTICE; AMERICAN CIVIL LIBERTIES UNION; AMERICAN CIVIL LIBERTIES UNION OF NORTH CAROLINA; NATIONAL PRESS PHOTOGRAPHERS ASSOCIATION; THE UNIVERSITY OF VIRGINIA SCHOOL OF LAW FIRST AMENDMENT CLINIC; THE DUKE UNIVERSITY SCHOOL OF LAW FIRST AMENDMENT CLINIC; ELECTRONIC PRIVACY INFORMATION CENTER; ELECTRONIC FRONTIER FOUNDATION; CATO INSTITUTE

       Amici Supporting Appellant

SOUTHERN STATES POLICE BENEVOLENT ASSOCIATION

       Amicus Supporting Appellee

_____

O R D E R

_____

The court grants the motion of Katherine Barber-Jones to withdraw from further representation on appeal.

            For the Court--By Direction

            /s/ Patricia S. Connor, Clerk