FILED: April 10, 2023

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

No. 21-1827
(4:19-cv-00157-D)

_____

DIJON SHARPE

       Plaintiff - Appellant

v.

WINTERVILLE POLICE DEPARTMENT; WILLIAM BLAKE ELLIS, in his official capacity only; MYERS PARKER HELMS, IV, in his individual and official capacity

       Defendants - Appellees

------------------------------

NATIONAL POLICE ACCOUNTABILITY PROJECT; THE INSTITUTE FOR JUSTICE; AMERICAN CIVIL LIBERTIES UNION; AMERICAN CIVIL LIBERTIES UNION OF NORTH CAROLINA; NATIONAL PRESS PHOTOGRAPHERS ASSOCIATION; THE UNIVERSITY OF VIRGINIA SCHOOL OF LAW FIRST AMENDMENT CLINIC; THE DUKE UNIVERSITY SCHOOL OF LAW FIRST AMENDMENT CLINIC; ELECTRONIC PRIVACY INFORMATION CENTER; ELECTRONIC FRONTIER FOUNDATION; CATO INSTITUTE

       Amici Supporting Appellant

SOUTHERN STATES POLICE BENEVOLENT ASSOCIATION

       Amicus Supporting Appellee

_____

TEMPORARY STAY OF MANDATE
_____

Under Fed. R. App. P. 41(b), the filing of a timely petition for rehearing or rehearing en banc stays the mandate until the court has ruled on the petition. In accordance with Rule 41(b), the mandate is stayed pending further order of this court.

<u>/s/Patricia S. Connor, Clerk</u>