IN THE UNITED STATES DISTRICT COURT
FOR THE FOR THE EASTERN DISTRICT OF NORTH CAROLINA
EASTERN DIVISION

| | |
|---|---|
| DIJON SHARPE,<br><br>    Plaintiffs,<br><br>v.<br><br>WINTERVILLE POLICE DEPARTMENT;<br>Officer WILLIAM BLAKE ELLIS in his<br>official capacity only; and Officer MYERS<br>PARKER HELMS IV, both individually and<br>in his official capacity,<br><br>    Defendants. | Civil Action No. 4:19-cv-00157 |

**JOINT CONSENT MOTION TO HOLD PROCEEDINGS IN ABEYANCE PENDING THE OUTCOME OF PROCEEDINGS IN THE SUPREME COURT**

NOW COME the parties, by and through their respective undersigned counsel, and hereby jointly move to hold further proceedings in this case in abeyance pending the final disposition of any further proceedings by either party in the Supreme Court of the United States arising from the appeal in *Sharpe v. Winterville Police Department*, No. 21-01827 (4th Cir.).

Respectfully submitted this the  31st  day of    May   , 2023.

| | |
|---|---|
| THE LAW OFFICES OF<br>T. GREG DOUCETTE PLLC | HARTZOG LAW GROUP, LLP |
| /s/ T. Greg Doucette<br>T. Greg Doucette, NC Bar No. 44351 | /s/ Dan M. Hartzog, Jr.<br>Dan M. Hartzog, Jr., NC Bar No. 35330 |
| ATTORNEYS FOR PLAINTIFF<br>311 E. Main Street<br>Durham, North Carolina 27701-3717<br>Phone: (919) 998-6993<br>Email: greg@tgdlaw.com | ATTORNEYS FOR DEFENDANTS<br>2626 Glenwood Avenue, Suite 305<br>Raleigh, North Carolina 27513<br>Phone: (919) 670-0338<br>Email: dhartzogjr@hartzoglawgroup.com |

1

# CERTIFICATE OF SERVICE

The undersigned has this date served the foregoing **JOINT CONSENT MOTION TO HOLD PROCEEDINGS IN ABEYANCE** upon the Defendants as follows:

**To:** Dan M. Hartzog, Jr., Esq.
HARTZOG LAW GROUP, LLP
1903 N. Harrison Avenue, Suite 200
Cary, NC  27513
Email: dhartzogjr@hartzoglawgroup.com
*Attorneys for All Defendants*
**Service by:** CM/ECF pursuant to E.D.N.C. Local R. 5.1

This the  31st  day of                   May                , 2023.

THE LAW OFFICES OF T. GREG DOUCETTE PLLC

/s/ T. Greg Doucette
T. Greg Doucette
North Carolina Bar No. 44351

ATTORNEYS FOR PLAINTIFF
311 E. Main Street
Durham, North Carolina  27701-3717
Phone: (919) 998-6993
Fax:  (866) 794-7517
Email: greg@tgdlaw.com