IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
EASTERN DIVISION

Civil Action No. 4:19-cv-00157

DIJON SHARPE,
        Plaintiff,

v.

WINTERVILLE POLICE DEP'T;
Officer WILLIAM BLAKE ELLIS in his
official capacity only; and Officer MYERS
PARKER HELMS IV, both individually
and in his official capacity,
        Defendants.

**ORDER**
**HOLDING MATTER IN ABEYANCE**

This matter was heard by the undersigned upon a joint motion by all parties. The Court, having reviewed the pleadings including the Amended Scheduling Order (ECF No. 30), and in the interests of judicial economy, finds that good cause exists to hold these proceedings in abeyance.

**IT IS THEREFORE ORDERED** pursuant to Fed. R. Civ. P. 16(b)(4) that this matter shall be held in abeyance pending the final disposition of further proceedings by either party before the Supreme Court of the United States.

SO ORDERED. This the ___1___ day of June, 2023.

                                            JAMES C. DEVER, III
                                            United States District Judge