IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
EASTERN DIVISION

**Civil Action No. 4:19-cv-00157**

| | |
|---|---|
| **DIJON SHARPE,**<br>    **Plaintiff,**<br><br>    v.<br><br>**WINTERVILLE POLICE DEPARTMENT;**<br>**Officer WILLIAM BLAKE ELLIS,**<br>in his official capacity only; and<br>**Officer MYERS PARKER HELMS IV,** both<br>individually and in his official capacity,<br>    **Defendants.** | <u>**STIPULATED**</u><br><br><u>**NOTICE OF DISMISSAL**</u> |

Pursuant to Fed R. Civ. P. 41(a)(1)(A)(ii), the parties stipulate to dismissal of the above-captioned cause of action. Such dismissal is with prejudice to refiling, and the parties will each bear their own respective costs.

Respectfully submitted this the ___14th___ day of _____February_____, 2024.

| | |
|---|---|
| THE LAW OFFICES OF<br>T. GREG DOUCETTE PLLC | HARTZOG LAW GROUP LLP |
| /s/ T. Greg Doucette<br>T. Greg Doucette<br>North Carolina Bar No. 44351 | /s/ Dan M. Hartzog, Jr.<br>Dan M. Hartzog, Jr.<br>North Carolina Bar No. 35330 |
| *Attorney for Plaintiff*<br>311 E. Main Street<br>Durham, NC  27701-3717<br>Phone: (919) 998-6993<br>Fax:    (866) 794-7517<br>Email: greg@tgdlaw.com | /s/ Katherine Barber-Jones<br>Katherine Barber-Jones<br>North Carolina Bar No. 44197<br><br>*Attorneys for All Defendants*<br>1903 N. Harrison Avenue, Suite 200<br>Cary, NC  27513<br>Phone: (919) 480-2450<br>Email:  dhartzogjr@hartzoglawgroup.com<br>            kbarber-jones@hartzoglawgroup.com |

## CERTIFICATE OF SERVICE

The undersigned has this date served the foregoing **NOTICE OF VOLUNTARY DISMISSAL** upon the Defendants as follows:

**To:**  Dan M. Hartzog, Jr., Esq.
Katherine Barber-Jones, Esq.
HARTZOG LAW GROUP, LLP
1903 N. Harrison Avenue, Suite 200
Cary, NC  27513
Emails:  dhartzogjr@hartzoglawgroup.com
kbarber-jones@hartzoglawgroup.com
*Attorneys for All Defendants*
**Service by:**  CM/ECF pursuant to E.D.N.C. Local R. 5.1

This the  14th  day of                         February                        , 2024.

THE LAW OFFICES OF T. GREG DOUCETTE PLLC


/s/ T. Greg Doucette
T. Greg Doucette
North Carolina Bar No. 44351

ATTORNEYS FOR PLAINTIFF
311 E. Main Street
Durham, North Carolina  27701-3717
Phone: (919) 998-6993
Fax:  (866) 794-7517
Email: greg@tgdlaw.com